# EXHIBIT 1

*Gordon v. Mathieson, et al.*
129th District Court, Harris County, Texas
Case No. 2016-48733

**Notice of Removal**

**Index of All Matters Being Filed**

| Exhibit # | Description | Date |
|---|---|---|
| Index of All Matters Being Filed | | |
| 1 | Index of Exhibits to Notice of Removal | April 10, 2018 |
| All Executed Process in the Case | | |
| 2 | Citations Issued by Plaintiff Anton Gordon to Individual Defendants (accepted by consent of Defendants' Counsel on March 13, 2018) | March 13, 2018 |
| Pleadings Asserting Causes of Action and All Answers to Such Pleadings | | |
| 3 | Original Petition | July 22, 2016 |
| 4 | Defendant BHOO's Original Answer | September 6, 2016 |
| 5 | Defendant BHOO's Original Counterclaims | September 6, 2016 |
| 6 | Plaintiff's Answer and Affirmative Defenses to Defendant BHOO's Original Counterclaim | September 8, 2016 |
| 7 | Plaintiff's Motion for Leave to Amend Original Petition | October 11, 2017 |
| 8 | Plaintiff's Amended Motion for Leave to Amend First Amended Petition | October 19, 2017 |
| 9 | Defendant BHOO's Response in Opposition and Objection to Plaintiff's Motion for Leave to Amend | November 8, 2017 |
| 10 | Plaintiff's Second Amended Petition | February 27, 2018 |
| 11 | Individual Defendants' Original Answer to Plaintiff's Second Amended Petition | April 3, 2018 |
| All Orders Signed by the State Court Judge | | |
| 12 | Transfer Order from 55th JDC to 129th JDC – Harris County | July 26, 2016 |
| 13 | Docket Control Order | October 17, 2016 |
| 14 | Order Granting Joint Motion to Extend Deadlines | August 24, 2017 |
| 15 | Order Passing Hearing Re Plaintiff's Motion for Leave to Amend First Amended Petition | November 15, 2017 |
| 16 | Order of Referral for Mediation | November 30, 2017 |
| 17 | Order Granting Defendant BHOO's Motion to Compel Arbitration, Granting Plaintiff's Motion for Leave to Amend First Amended Petition, and Lifting Litigation Stay | January 11, 2018 |
| Docket Report as of April 9, 2018 | | |
| 18 | Docket Report for 129th JDC, Harris County, Texas | Current as of April 10, 2018 |
| Counsel of Record | | |
| 19 | A list of all counsel of record, including addresses, telephone numbers, and parties represented | Current as of April 10, 2018 |