# EXHIBIT 2

# Gray, Bradley R.

| | |
|---|---|
| **From:** | Yanice Colon <yanice.colon@kennardlaw.com> |
| **Sent:** | Monday, March 12, 2018 3:04 PM |
| **To:** | Gray, Bradley R. |
| **Cc:** | Norma Perez; Pearson, Melanie G. |
| **Subject:** | [EXT] RE: Anton Gordon v. Baker Hughes, et al. |

Perfect. We will deliver the documents tomorrow at 2pm. I apologize for the misunderstanding.

Cordially,


Yanice Colon
Senior Associate

Kennard Richard, P.C.
2603 Augusta Drive | Suite 1450 | Houston, Texas 77057 Direct 346-980-8207 Office 713.742.0900 Fax 713.742.0951 Toll Free 855.KENNLAW yanice.colon@kennardlaw.com Website ∕ vCard ∕ Map HOUSTON ∕ SAN ANTONIO ∕ AUSTIN ∕ EL PASO ∕ RIO GRANDE VALLEY ∕ WASHINGTON D.C.
I.R.S. CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws. CONFIDENTIALITY STATEMENT: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.



-----Original Message-----
From: Gray, Bradley R. [mailto:bradgray@paulhastings.com]
Sent: Monday, March 12, 2018 3:01 PM
To: Yanice Colon
Cc: Norma Perez; Pearson, Melanie G.
Subject: Re: Anton Gordon v. Baker Hughes, et al.

Yanice,

Per my email Friday, Tuesday was better for me. I am out of the office today and had planned on accepting service tomorrow at 1pm. Let me know.

Thanks,

1

Brad

Brad Gray
Paul Hastings LLP
713-860-7345

Sent from my iPhone

On Mar 12, 2018, at 2:58 PM, Yanice Colon <yanice.colon@kennardlaw.com<mailto:yanice.colon@kennardlaw.com>> wrote:

Mr. Gray,

My Assistant, Norma Perez, have been trying to reach you and your Assistant but has been told you are out for the afternoon. There was a problem with the courier service and they are not going to be able to drop the documents until 5pm, please advise as soon as possible if you will be there to receive them or a time you are available tomorrow.

Cordially,

Yanice Colon
Senior Associate
<image001.png>
Kennard Richard, P.C.
2603 Augusta Drive | Suite 1450 | Houston, Texas 77057 Direct 346-980-8207 Office 713.742.0900 Fax 713.742.0951 Toll Free 855.KENNLAW yanice.colon@kennardlaw.com<mailto:yanice.colon@kennardlaw.com>
Website<http://www.kennardlaw.com/> ∕ vCard<http://ourcompanycounsel.com/email-links/vcards/Maggie_Valles.vcf> ∕ Map<http://www.kennardlaw.com/Houston-Employment-Law-Attorney-Office.shtml>
HOUSTON ∕ SAN ANTONIO ∕ AUSTIN ∕ EL PASO ∕ RIO GRANDE VALLEY ∕ WASHINGTON D.C.

I.R.S. CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.
CONFIDENTIALITY STATEMENT: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

From: Gray, Bradley R. [mailto:bradgray@paulhastings.com]
Sent: Friday, March 09, 2018 5:41 PM
To: Yanice Colon
Subject: FW: Anton Gordon v. Baker Hughes, et al.

Yanice—

Please also send the citation for each defendant with the petition.

Thanks,
Brad

_____

<image002.png>

Brad Gray | Associate, Litigation Department Paul Hastings LLP | 600 Travis Street, Fifty-Eighth Floor, Houston, TX 77002 | Direct: +1.713.860.7345 | Main: +1.713.860.7300 | Fax: +1.713.353.3318 | bradleygray@paulhastings.com<mailto:bradleygray@paulhastings.com> | www.paulhastings.com<http://www.paulhastings.com/>



From: Gray, Bradley R.
Sent: Friday, March 9, 2018 3:57 PM
To: 'Yanice Colon'; Cooper, Samuel W.
Cc: Alfonso Kennard; Keenya Harrold; Norma Perez
Subject: RE: Anton Gordon v. Baker Hughes, et al.

Yanice—

Please feel free to send someone to our office with the petition and I can accept here.

Thanks,
Brad

_____

<image002.png>

Brad Gray | Associate, Litigation Department Paul Hastings LLP | 600 Travis Street, Fifty-Eighth Floor, Houston, TX 77002 | Direct: +1.713.860.7345 | Main: +1.713.860.7300 | Fax: +1.713.353.3318 | bradleygray@paulhastings.com<mailto:bradleygray@paulhastings.com> | www.paulhastings.com<http://www.paulhastings.com/>



From: Yanice Colon [mailto:yanice.colon@kennardlaw.com]
Sent: Friday, March 9, 2018 3:23 PM
To: Gray, Bradley R.; Cooper, Samuel W.

3

Cc: Alfonso Kennard; Keenya Harrold; Norma Perez
Subject: [EXT] RE: Anton Gordon v. Baker Hughes, et al.

1 pm it's fine.  Would you be coming to our office?  How should we go about it?

Cordially,

Yanice Colon
Senior Associate
<image001.png>
Kennard Richard, P.C.
2603 Augusta Drive | Suite 1450 | Houston, Texas 77057 Direct 346-980-8207 Office 713.742.0900 Fax 713.742.0951
Toll Free 855.KENNLAW yanice.colon@kennardlaw.com<mailto:yanice.colon@kennardlaw.com>
Website<http://www.kennardlaw.com/>⁄vCard<http://ourcompanycounsel.com/email-links/vcards/Maggie_Valles.vcf>⁄Map<http://www.kennardlaw.com/Houston-Employment-Law-Attorney-Office.shtml>
HOUSTON⁄SAN ANTONIO⁄AUSTIN⁄EL PASO⁄RIO GRANDE VALLEY⁄WASHINGTON D.C.

I.R.S. CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws. CONFIDENTIALITY STATEMENT: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

From: Gray, Bradley R. [mailto:bradgray@paulhastings.com]
Sent: Friday, March 09, 2018 3:08 PM
To: Yanice Colon; Cooper, Samuel W.
Cc: Alfonso Kennard; Keenya Harrold; Norma Perez
Subject: RE: Anton Gordon v. Baker Hughes, et al.

Anytime after 10 would work for me.  We can shoot for 1pm but I'm flexible.

Thanks,
Brad

_____

Brad Gray | Associate, Litigation Department Paul Hastings LLP | 600 Travis Street, Fifty-Eighth Floor, Houston, TX 77002 | Direct: +1.713.860.7345 | Main: +1.713.860.7300 | Fax: +1.713.353.3318 | bradleygray@paulhastings.com<mailto:bradleygray@paulhastings.com> | www.paulhastings.com<http://www.paulhastings.com/>


From: Yanice Colon [mailto:yanice.colon@kennardlaw.com]
Sent: Friday, March 9, 2018 2:46 PM
To: Gray, Bradley R.; Cooper, Samuel W.
Cc: Alfonso Kennard; Keenya Harrold; Norma Perez
Subject: [EXT] RE: Anton Gordon v. Baker Hughes, et al.

Anytime 8:30 to 5:30, please advise.

Cordially,



Yanice Colon
Senior Associate
<image001.png>
Kennard Richard, P.C.
2603 Augusta Drive | Suite 1450 | Houston, Texas 77057 Direct 346-980-8207 Office 713.742.0900 Fax 713.742.0951 Toll Free 855.KENNLAW yanice.colon@kennardlaw.com<mailto:yanice.colon@kennardlaw.com>
Website<http://www.kennardlaw.com/> ∕ vCard<http://ourcompanycounsel.com/email-links/vcards/Maggie_Valles.vcf> ∕ Map<http://www.kennardlaw.com/Houston-Employment-Law-Attorney-Office.shtml>
HOUSTON ∕ SAN ANTONIO ∕ AUSTIN ∕ EL PASO ∕ RIO GRANDE VALLEY ∕ WASHINGTON D.C.

I.R.S. CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.
CONFIDENTIALITY STATEMENT: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

From: Gray, Bradley R. [mailto:bradgray@paulhastings.com]
Sent: Friday, March 09, 2018 2:45 PM
To: Yanice Colon; Cooper, Samuel W.
Cc: Alfonso Kennard; Keenya Harrold; Norma Perez

5

Subject: RE: Anton Gordon v. Baker Hughes, et al.

Yanice—

Tuesday would be better for me.  Please let me know what time works and we can coordinate.

Thanks,
Brad

_____

<image002.png>

Brad Gray | Associate, Litigation Department Paul Hastings LLP | 600 Travis Street, Fifty-Eighth Floor, Houston, TX 77002 | Direct: +1.713.860.7345 | Main: +1.713.860.7300 | Fax: +1.713.353.3318 | bradleygray@paulhastings.com<mailto:bradleygray@paulhastings.com> | www.paulhastings.com<http://www.paulhastings.com/>

From: Yanice Colon [mailto:yanice.colon@kennardlaw.com]
Sent: Friday, March 9, 2018 2:24 PM
To: Cooper, Samuel W.
Cc: Alfonso Kennard; Keenya Harrold; Norma Perez; Gray, Bradley R.
Subject: [EXT] RE: Anton Gordon v. Baker Hughes, et al.

I will be out of the office Wednesday, Thursday and Friday.  Therefore, I will really appreciate  if we can coordinate for Monday or Tuesday.

Cordially,

Yanice Colon
Senior Associate
<image001.png>
Kennard Richard, P.C.
2603 Augusta Drive | Suite 1450 | Houston, Texas 77057 Direct 346-980-8207 Office 713.742.0900 Fax 713.742.0951
Toll Free 855.KENNLAW yanice.colon@kennardlaw.com<mailto:yanice.colon@kennardlaw.com>
Website<http://www.kennardlaw.com/> ∕ vCard<http://ourcompanycounsel.com/email-links/vcards/Maggie_Valles.vcf> ∕ Map<http://www.kennardlaw.com/Houston-Employment-Law-Attorney-Office.shtml>
HOUSTON ∕ SAN ANTONIO ∕ AUSTIN ∕ EL PASO ∕ RIO GRANDE VALLEY ∕ WASHINGTON D.C.

I.R.S. CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

CONFIDENTIALITY STATEMENT: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

From: Cooper, Samuel W. [mailto:samuelcooper@paulhastings.com]
Sent: Friday, March 09, 2018 2:09 PM
To: Yanice Colon
Cc: Alfonso Kennard; Keenya Harrold; Norma Perez; Gray, Bradley R.
Subject: RE: Anton Gordon v. Baker Hughes, et al.

I can confirm that we can accept service for each of the individual defendants.  I will be out of the office next week but I am copying my colleague Brad Gray on this email and he can coordinate with you on an agreeable time to send the materials to us.


From: Yanice Colon [mailto:yanice.colon@kennardlaw.com]
Sent: Wednesday, March 7, 2018 3:54 PM
To: Cooper, Samuel W.
Cc: Alfonso Kennard; Keenya Harrold; Norma Perez
Subject: [EXT] RE: Anton Gordon v. Baker Hughes, et al.


--- External Email: Do not open attachments or click links from unknown senders ---


Mr. Cooper,

I appreciate your prompt response.  Please advise us our your clients decision as soon as possible.

Cordially,



Yanice Colon
Associate Attorney
<image001.png>
Kennard Richard, P.C.
2603 Augusta Drive | Suite 1450 | Houston, Texas 77057 Direct 346-980-8207 Office 713.742.0900 Fax 713.742.0951
Toll Free 855.KENNLAW yanice.colon@kennardlaw.com<mailto:yanice.colon@kennardlaw.com>
Website<http://www.kennardlaw.com/>∕vCard<http://ourcompanycounsel.com/email-links/vcards/Maggie_Valles.vcf>∕Map<http://www.kennardlaw.com/Houston-Employment-Law-Attorney-Office.shtml>

7

HOUSTON ∕ SAN ANTONIO ∕ AUSTIN ∕ EL PASO ∕ RIO GRANDE VALLEY ∕ WASHINGTON D.C.

I.R.S. CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws. CONFIDENTIALITY STATEMENT: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

From: Cooper, Samuel W. [mailto:samuelcooper@paulhastings.com]
Sent: Wednesday, March 07, 2018 3:51 PM
To: Yanice Colon
Cc: Alfonso Kennard; Keenya Harrold; Norma Perez
Subject: RE: Anton Gordon v. Baker Hughes, et al.

Thank you for the note.  When I did not hear from you in response to my earlier note, I assumed that you were not interested in pursuing this path.  I have a note out to my clients about accepting service as I do need an affirmative consent from each of them.  I will circle back with you as soon as I have a full set of responses.

From: Yanice Colon [mailto:yanice.colon@kennardlaw.com]
Sent: Tuesday, March 6, 2018 4:40 PM
To: Cooper, Samuel W.
Cc: Alfonso Kennard; Keenya Harrold; Norma Perez
Subject: [EXT] Anton Gordon v. Baker Hughes, et al.

--- External Email: Do not open attachments or click links from unknown senders ---

Mr. Cooper,

We have filed the Second Amended Petition and have the Citations at hand.  Please let us know which of the individual defendants you will be able to accept service for.

Cordially,

Yanice Colon
Associate Attorney

Kennard Richard, P.C.
2603 Augusta Drive | Suite 1450 | Houston, Texas 77057 Direct 346-980-8207 Office 713.742.0900 Fax 713.742.0951 Toll Free 855.KENNLAW yanice.colon@kennardlaw.com<mailto:yanice.colon@kennardlaw.com> Website<http://www.kennardlaw.com/> ⁄ vCard<http://ourcompanycounsel.com/email-links/vcards/Maggie_Valles.vcf> ⁄ Map<http://www.kennardlaw.com/Houston-Employment-Law-Attorney-Office.shtml>
HOUSTON ⁄ SAN ANTONIO ⁄ AUSTIN ⁄ EL PASO ⁄ RIO GRANDE VALLEY ⁄ WASHINGTON D.C.

I.R.S. CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.
CONFIDENTIALITY STATEMENT: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

From: Cooper, Samuel W. [mailto:samuelcooper@paulhastings.com]
Sent: Wednesday, February 07, 2018 8:50 AM
To: 'Fernandes, Edward F.'; Alfonso Kennard; Keenya Harrold
Cc: Corey Devine (CDevine@m2dlaw.com<mailto:CDevine@m2dlaw.com>)
Subject: RE: Anton Gordon v. Baker Hughes, et al.

Dear Mr. Kennard,

I understand that you have now requested citation to serve the individual defendants.  Once you have an amended petition on file and have the service papers in hand, please contact me.  I am trying to determine which of the individual defendants I will be representing, and I should be able to accept service for a number of them.

Sam Cooper


_____


<image003.gif><http://www.paulhastings.com/>

Samuel Cooper | Partner, Litigation Department Paul Hastings LLP | 600 Travis Street, Fifty-Eighth Floor, Houston, TX 77002 | Direct: +1.713.860.7305 | Main: +1.713.860.7300 | Fax: +1.713.353.2322 | samuelcooper@paulhastings.com<mailto:samuelcooper@paulhastings.com> | www.paulhastings.com<http://www.paulhastings.com>

From: Carberry, Diane R. [mailto:dcarberry@hunton.com] On Behalf Of Fernandes, Edward F.
Sent: Wednesday, January 31, 2018 2:26 PM
To: Alfonso Kennard Jr. (alfonso.kennard@kennardlaw.com<mailto:alfonso.kennard@kennardlaw.com>); Keenya R. Harrold (keenya.harrold@kennardlaw.com<mailto:keenya.harrold@kennardlaw.com>)
Cc: Corey Devine (CDevine@m2dlaw.com<mailto:CDevine@m2dlaw.com>); Cooper, Samuel W.; Fernandes, Edward F.
Subject: [EXT] Anton Gordon v. Baker Hughes, et al.

Please see attached.

<image004.jpg>

Edward Fernandes
Partner
efernandes@hunton.com<mailto:efernandes@hunton.com>
p

512.542.5010

bio<http://webdownload.hunton.com/esignature/bio.aspx?U=12537>  |  vCard<http://webdownload.hunton.com/esignature/vcard.aspx?U=12537>

Hunton & Williams LLP
Bank of America Center
700 Louisiana Street
Suite 4545
Houston, Texas 77002-2742

111 Congress Avenue
Suite 510
Austin, TX 78701
hunton.com<http://www.hunton.com>

This communication is confidential and is intended to be privileged pursuant to applicable law. If the reader of this message is not the intended recipient, please advise by return email immediately and then delete this message and all copies and backups thereof.

*********************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at

*********************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at

*********************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at

*********************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at

*********************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at

*********************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at

*********************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com

COPY OF PLEADING PROVIDED BY PLTD.

CAUSE NO. 201648733

RECEIPT NO. 0.00 ATY
********* TR # 73468048

PLAINTIFF: GORDON, ANTON
vs.
DEFENDANT: BAKER HUGHES OILFIELD OPERATIONS INC

In The 129th
Judicial District Court
of Harris County, Texas
129TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: MATHIESON, DEREK
  17021 ALDINE WESTFIELD RD HOUSTON TX 77073 - 5101
  Attached is a copy of PLAINTIFF'S SECOND AMENDED PETITION

This instrument was filed on the 27th day of February, 2018, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 2nd day of March, 2018, under my hand and seal of said Court.

Issued at request of:
KENNARD, ALFONSO JR.
2603 AUGUSTA DRIVE SUITE 1450
HOUSTON, TX 77057
Tel: (713) 742-0900
Bar No.: 24036888

Chris Daniel
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: CHAMBERS, WANDA ULW//10891880

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to _Brad Gray, attorney for_ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

_____ of _____ County, Texas

_Brad Gray_
Affiant

By _____
Deputy

On this day, _Brad Gray_, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

N.INT.CITR.P                *73468048*

CAUSE NO.   201648733

RECEIPT NO.                                              0.00           ATY
           **********                                         TR # 73468049

| | |
|---|---|
| PLAINTIFF: GORDON, ANTON<br>vs.<br>DEFENDANT: BAKER HUGHES OILFIELD OPERATIONS INC | In The   129th<br>Judicial District Court<br>of Harris County, Texas<br>129TH DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: MARSH, WILLIAM D
    9903 S DAIRY ASHFORD ST HOUSTON TX 77099-2300 OR
    17021  ALDINE WESTFIELD RD   HOUSTON  TX  77073 - 5101
    Attached is a copy of PLAINTIFF'S SECOND AMENDED PETITION

This instrument was filed on the 27th day of February, 2018, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 2nd day of March, 2018, under my hand and seal of said Court.

Issued at request of:
KENNARD, ALFONSO JR.
2603  AUGUSTA DRIVE SUITE 1450
HOUSTON, TX  77057
Tel: (713) 742-0900
Bar No.: 24036888

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: CHAMBERS, WANDA  ULW//10891880

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to __*Brad Gray, attorney for*__ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                                          _____ of _____ County, Texas

_____*Brad Gray*_____                      By _____
          Affiant                                              Deputy

On this day, _____*Brad Gray*_____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                          _____
                                                                Notary Public

N.INT.CITR.P                         *73468049*

COPY OF PLEADING PROVIDED BY PLTD.

CAUSE NO. 201648733

RECEIPT NO.             0.00      ATY
\*\*\*\*\*\*\*\*\*           TR # 73468059

| | |
|---|---|
| PLAINTIFF: GORDON, ANTON<br>vs.<br>DEFENDANT: BAKER HUGHES OILFIELD OPERATIONS INC | In The   129th<br>Judicial District Court<br>of Harris County, Texas<br>129TH DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: CRAIN, ALAN
    3620 DEL MONTE DR HOUSTON TX 77019-3100 OR

Attached is a copy of <u>PLAINTIFF'S SECOND AMENDED PETITION</u>

This instrument was filed on the <u>27th day of February, 2018</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 2nd day of March, 2018, under my hand and seal of said Court.

<u>Issued at request of</u>:
KENNARD, ALFONSO JR.
2603  AUGUSTA DRIVE SUITE 1450
HOUSTON, TX  77057
Tel: (713) 742-0900
<u>Bar No.</u>:  24036888

*Chris Daniel*
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: CHAMBERS, WANDA   ULW//10891880

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the ____ day of _____,

_____, by delivering to *Brad Gray, attorney for* defendant, in person, a true copy of this Citation together with the accompanying __/__ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

_____ of _____ County, Texas

*Brad Gray*
Affiant

By _____
        Deputy

On this day, ___*Brad Gray*___, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
        Notary Public

N.INT.CITR.P                        \*73468059\*

COPY OF PLEADING PROVIDED BY PLTD.

CAUSE NO. 201648733

RECEIPT NO.                    0.00         ATY
          **********                 TR # 73468051

PLAINTIFF: GORDON, ANTON                              In The   129th
    vs.                                               Judicial District Court
DEFENDANT: BAKER HUGHES OILFIELD OPERATIONS INC       of Harris County, Texas
                                                      129TH DISTRICT COURT
                                                      Houston, TX

## CITATION

THE STATE OF TEXAS
County of Harris

TO: CRAIGHEAD, MARTIN S
    31 DAMASK ROSE WAY THE WOODLANDS TX 77382-2716 OR
    17021 ALDINE WESTFIELD RD   HOUSTON   TX   77073 - 5101

    Attached is a copy of PLAINTIFF'S SECOND AMENDED PETITION

This instrument was filed on the 27th day of February, 2018, in the above cited cause number
and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 2nd day of March, 2018, under my hand and
seal of said Court.

Issued at request of:                    CHRIS DANIEL, District Clerk
KENNARD, ALFONSO JR.                     Harris County, Texas
2603  AUGUSTA DRIVE SUITE 1450           201 Caroline, Houston, Texas 77002
HOUSTON, TX   77057                      (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 742-0900
Bar No.:  24036888                       Generated By: CHAMBERS, WANDA  ULW//10891880

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _Brad Gray, attorney for_ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                          _____ of _____ County, Texas

_Brad Gray_                               By _____
       Affiant                                                Deputy

On this day, _Brad Gray_____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                          _____
                                                       Notary Public

N.INT.CITR.P              *73468051*

COPY OF PLEADING PROVIDED BY PLTD.

CAUSE NO. 201648733

RECEIPT NO.               0.00       ATY
\*\*\*\*\*\*\*\*\*           TR # 73468053

| | |
|---|---|
| PLAINTIFF: GORDON, ANTON<br>vs.<br>DEFENDANT: BAKER HUGHES OILFIELD OPERATIONS INC | In The 129th<br>Judicial District Court<br>of Harris County, Texas<br>129TH DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: MARTIN, JAY
    2001 RANKIN RD HOUSTON TX 77073-5114 OR
    17021 ALDINE WESTFIELD RD   HOUSTON   TX   77073 - 5101
    Attached is a copy of <u>PLAINTIFF'S SECOND AMENDED PETITION</u>

This instrument was filed on the <u>27th day of February, 2018</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 2nd day of March, 2018, under my hand and seal of said Court.

<u>Issued at request of</u>:
KENNARD, ALFONSO JR.
2603 AUGUSTA DRIVE SUITE 1450
HOUSTON, TX 77057
Tel: (713) 742-0900
<u>Bar No.</u>: 24036888

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: CHAMBERS, WANDA   ULW//10891880

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock \_\_\_.M., on the \_\_\_\_\_ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock \_\_\_.M., on the \_\_\_\_\_ day of _____,

_____, by delivering to *Brad Gray, attorney for* defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this \_\_\_\_\_ day of _____, _____.

FEE: $_____

_____

_____ of _____ County, Texas

*Brad Gray*
Affiant                       By _____
                                                                        Deputy

On this day, *Brad Gray* , known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

N.INT.CITR.P                           \*73468053\*

COPY OF PLEADING PROVIDED BY PLTD.

CAUSE NO. 201648733

| | | |
|---|---|---|
| RECEIPT NO. | 0.00 | ATY |
| ********* | | TR # 73468055 |

| | |
|---|---|
| PLAINTIFF: GORDON, ANTON<br>vs.<br>DEFENDANT: BAKER HUGHES OILFIELD OPERATIONS INC | In The   129th<br>Judicial District Court<br>of Harris County, Texas<br>129TH DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: CHARIAG, BELGACEM
    17021  ALDINE WESTFIELD RD   HOUSTON  TX  77073 - 5101
    Attached is a copy of <u>PLAINTIFF'S SECOND AMENDED PETITION</u>

This instrument was filed on the <u>27th day of February, 2018</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 2nd day of March, 2018, under my hand and seal of said Court.

<u>Issued at request of</u>:
KENNARD, ALFONSO JR.
2603  AUGUSTA DRIVE SUITE 1450
HOUSTON, TX  77057
Tel: (713) 742-0900
<u>Bar No.</u>: 24036888

*Chris Daniel*
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: CHAMBERS, WANDA  ULW//10891880

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to *Brad Gray, attorney for* defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                                   _____ of _____County, Texas

*Brad Gray*
Affiant                                            By _____
                                                                    Deputy

On this day, *Brad Gray* _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                   _____
                                                                  Notary Public

N.INT.CITR.P                    *73468055*

COPY OF PLEADING PROVIDED BY PLTD.

CAUSE NO. 201648733

RECEIPT NO.            0.00      ATY
\*\*\*\*\*\*\*\*\*           TR # 73468057

PLAINTIFF: GORDON, ANTON                      In The    129th
       vs.                                          Judicial District Court
DEFENDANT: BAKER HUGHES OILFIELD OPERATIONS INC     of Harris County, Texas
                                                                  129TH DISTRICT COURT
                                                                  Houston, TX

## CITATION

THE STATE OF TEXAS
County of Harris

TO: RUSCEV, MARIO
     5642 WILLERS WAY HOUSTON TX 77056-2609 OR
     17021 ALDINE WESTFIELD RD    HOUSTON   TX   77073 - 5101
     Attached is a copy of PLAINTIFF'S SECOND AMENDED PETITION

This instrument was filed on the 27th day of February, 2018, in the above cited cause number and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 2nd day of March, 2018, under my hand and seal of said Court.

Issued at request of:                                     CHRIS DANIEL, District Clerk
KENNARD, ALFONSO JR.                                   Harris County, Texas
2603   AUGUSTA DRIVE SUITE 1450                201 Caroline, Houston, Texas 77002
HOUSTON, TX   77057                                     (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 742-0900
Bar No.: 24036888                                          Generated By: CHAMBERS, WANDA   ULW//10891880

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock \_\_\_\_.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock \_\_\_\_.M., on the _____ day of _____,

_____, by delivering to _Brad Gray, attorney for_ _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                                                    _____ of _____ County, Texas

_Brad Gray_
    Affiant                                 By _____
                                                                                    Deputy

On this day, _Brad Gray_ _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                                                 _____
                                                                                          Notary Public

N.INT.CITR.P                                     \*73468057\*

COPY OF PLEADING PROVIDED BY PLTD.

CAUSE NO. 201648733

| | | |
|---|---|---|
| RECEIPT NO. | 0.00 | ATY |
| ********** | | TR # 73468058 |

| | |
|---|---|
| PLAINTIFF: GORDON, ANTON<br>vs.<br>DEFENDANT: BAKER HUGHES OILFIELD OPERATIONS INC | In The   129th<br>Judicial District Court<br>of Harris County, Texas<br>129TH DISTRICT COURT<br>Houston, TX |

## CITATION

THE STATE OF TEXAS
County of Harris

TO: BORRAS, MARIA
   5906 E SOLANO BAY LN HOUSTON TX 77041-6157 OR
   17021  ALDINE WESTFIELD RD   HOUSTON  TX   77073 - 5101
   Attached is a copy of <u>PLAINTIFF'S SECOND AMENDED PETITION</u>

This instrument was filed on the <u>27th day of February, 2018</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

   This citation was issued on 2nd day of March, 2018, under my hand and seal of said Court.

<u>Issued at request of</u>:
KENNARD, ALFONSO JR.
2603   AUGUSTA DRIVE SUITE 1450
HOUSTON, TX   77057
Tel: (713) 742-0900
<u>Bar No.</u>:   24036888

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: CHAMBERS, WANDA   ULW//10891880

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _Brad Gray, attorney for_ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

_____ of _____County, Texas

_____
Affiant

By _____
Deputy

On this day, ___Brad Gray_____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

N.INT.CITR.P                         *73468058*