**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANTON GORDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. H-18-1111 |
| DEREK MATHIESON, WILLIAM D. | § | |
| MARSH, ALAN CRAIN, MARTIN S. | § | |
| CRAIGHEAD, JAY MARTIN, | § | |
| BELGACEM CHARIAG, MARIO | § | |
| RUSCEV, and MARIA BORRAS, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In accordance with this court's Memorandum and Opinion of today's date, this action is

remanded to the 129th Judicial District Court, Harris County, Texas.

SIGNED on June 25, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge